**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x
                                                          :
**INNOVATE 2 CORP.,**                                     :
                                                          :
                          **Plaintiff,**                  :
                                                          :
             **-against-**                                :      **1:24-mc-00075 (ALC)**
                                                          :
**MOTORSPORT GAMES INC., et al.,**                        :      **ORDER**
                                                          :
                          **Defendants.**                 :
                                                          :
                                                          :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will conduct a telephone status conference in this action on **December 18, 2024,**

**at 3:30PM**.   All parties shall appear and should contact the Court at **1-855-244-8681** (access code:

**2319 454 5869#**).


**SO ORDERED.**

**Dated:   December 02, 2024**
          **New York, New York**                           _____
                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**